Argued April 20, affirmed April 20, 1971

STATE OF OREGON, *Respondent, v.*
STEVEN ERIC LEPPANEN, *Defendant,*
RAY EAGLIN, *Appellant.*
483 P2d 1310

*Kenneth A. Morrow,* Eugene, argued the cause for appellant. With him on the brief were Mulder, Morrow & McCrea, Eugene.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and Jacob B. Tanzer, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

MEMORANDUM DECISION.